# United States Court of Appeals
# for the Fifth Circuit

―――――――――――

No. 24-60254
Summary Calendar

―――――――――――

In the Matter of Ikechukwu H. Okorie,

*Debtor*.

Ikechukwu H. Okorie,

*Appellant*,

*versus*

Mdrezaul Chowdhury; Tina Hill, Esquire;
Horne & Associates, P.C.; Landon H. Thompson;
The Meazell Firm,

*Appellees*.

―――――――――――――――――――――――――――――

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:23-CV-172

―――――――――――――――――――――――――――――

United States Court of Appeals
Fifth Circuit
**FILED**
September 13, 2024
Lyle W. Cayce
Clerk

Before Smith, Stewart, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The district court affirmed the bankruptcy court's order denying Ike-

―――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-60254

chukwu Okorie's motion for violation of the automatic stay.  Okorie appeals *pro se*.

On May 2, 2024, the district court issued an impressive and comprehensive Memorandum Opinion and Order, carefully explaining its decision. The judgment of the district court, affirming the bankruptcy court, is AFFIRMED, essentially for the reasons set forth by the district court.

The case turns, in part, on whether, as the bankruptcy court concluded, and in the words of the district court, "the automatic stay did not apply to post-bankruptcy events, the lease was not a prepetition obligation, and there was no evidence that any lease payments were made with property of the bankruptcy estate."  The answer to those questions, as the district and bankruptcy courts convincingly held, is yes.  We cannot improve on the district court's sound explanation.